## IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA,   :    No. 233 WAL 2018

:

Respondent   :

:    Petition for Allowance of Appeal from

:    the Order of the Superior Court

v.   :

:

:

DAVID MORRIS BARREN,   :

:

Petitioner   :

## <u>ORDER</u>

**PER CURIAM**

     **AND NOW**, this 28th day of November, 2018, the Petition for Allowance of Appeal is **DENIED**.